**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 22, 2025

Mr. Brian David Schmalzbach
McGuireWoods
800 E. Canal Street
Richmond, VA 23219

Re: Case No. 25-1538, *Aaron Hall, et al v. Trivest Partners LP, et al*
Originating Case No. : 4:22-cv-12743

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **September 24, 2025**.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: Roy
Direct Dial No. 513-564-7016

cc: Mr. Nicholas Alexander Coulson
Mr. Frank Talbott
Mr. Richard Trent Taylor